(November 11, 1936.)

FREDERICK UNGER, as Executor, etc., of ALBERT UNGER, Deceased, Respondent, v. GEORGE MEISENZAHL, EUGENE E. MEISENZAHL, Appellants, and Another, Defendant.— Judgment affirmed, with costs. Memorandum: Regardless of the question whether or not Hess would have been a competent witness had he been released from any possible liability to Meisenzahl, there is no competent proof of such release. (See *Ward* v. *N. Y. Life Ins. Co.* 225 N. Y. 314, at p. 321.) All concur. (The judgment is for plaintiff in an action by assignee to recover on a bond and mortgage.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.